■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIM ROBINSON, Appellant. [690 NYS2d 455] —Judgment, Supreme Court, New York County (Michael Obus, J.), rendered November 19, 1997, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree and criminal sale of a controlled substance in or near school grounds, and sentencing him, as second felony offender, to concurrent terms of 5 to 10 years, unanimously affirmed.

Brief, limited background testimony regarding street-level narcotics operations was properly admitted since it was grounded in the evidence and carried no suggestion of large-scale narcotics activity (*see, People v Vera,* 258 AD2d 312; *People v McAllister,* 255 AD2d 241, *lv denied* 93 NY2d 876). We have considered and rejected defendant's remaining contentions. Concur—Nardelli, J. P., Williams, Tom, Lerner and Friedman, JJ.